RECEIVED
SEP - 4 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**__________________DIVISION**

Kevin Smith

Plaintiff(s),

v.

New Bern Transport Corporation/
PesiCo Beverages North Americ

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. __________________
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES X NO __

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

X Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

X Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

**PARTIES**

2. Plaintiff's name: Kevin Smith

Plaintiff's address: 4514 Minnesota Ave
Street address or P.O. Box

St. Louis, St. Louis City, MO 63111
City/ County/ State/Zip Code

(314) 683-5687
Area code and telephone number

3. Defendant's name: New Bern Transport Corporation/PepsiCo Beverages North America

Defendant's address: 5400 N. Hanley Rd, St. Louis, MO. 63134
Street address or P.O. Box

____________________
City/County/State/ Zip Code

____________________
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

______________________________________________________________________________
(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

from June 2024 through ongoing unaccommodated economic lockout, with retaliatory escalation on August 25, 2026.

**ADMINISTRATIVE PROCEDURES**

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

_X_ Yes Date filed: August 11th, 2025

____ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

____ Yes Date filed: August 11th, 2025

____ No

8. Have you received a Notice of Right-to-Sue Letter?

_X_ Yes ____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

____ termination of my employment

____ failure to promote me

_X_ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

_X_ retaliation

_X_ harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

_X_ Yes ____ No

11. I believe that I was discriminated against because of my (check all that apply):

X race

____ religion

____ national origin

X color

____ gender

X disability

____ age (birth year is: ____________)

____ other:

Did you state the same reason(s) in your charge of discrimination?

X Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

The Plaintiff, a fleet Maintenance Mechanic holding an A.A.S. in Diesel Technology, brings this action for race discrimination, disability discrimination, and immediate retaliation. Following formal corporate reporting of severe workplace racial harassment, local management targeted the Plaintiff with selective disciplinary action and intentional overtime wage withholding. On Jan 9th, 2026, cumulative floor hazards caused the Plaintiff's physical collapse. Upon presenting a doctor-certified 50-pound medical physical boundry, management faked FMLA tracking codes to evade Workers' Compensation liability and hid

(Continue to page 6, if additional space is needed.)

(12. cont'd)

an April 7th, 2026 injury report from the State of Missouri (case no. 2026-3077). On April 7th, 2026, the exact same day the Plaintiff reported a new workplace injury, Management immediately issued a formal ADA accommodation denial letter. ADA denial letter pyhically given on April 8th, 2026 along with the executed ongoing economic lockout. On August 25, 2026, Management issued a final written denial letter explicitly admitting that mechanical hoist and cranes and other mechanical tools, for heavy assistance ~~needed~~ for moving, carrying, and lifting are fully present on the facility floor, while simultaneously threating to terminate the Plaintiff's senior union contract status and pension milestones under a pretextual 100-pound lifting rule. June 30, 2026 high-definition soft-tissue MRI scans confirms the Plaintiff's underlying condition remains stable and proving their 'undue hardship claims are an intentional pretext for discrimination. Futhermore, on September 2nd, 2026, the employer submitted a fraudulent written statement to federal OSHA investigators, falsely claiming the facility completely eliminates heavy manual lifting. The company has admitted their 100-pound rule is a legal fiction weaponized solely to force a constructive discharge, directly inflicting clinical Major Depression Disorder and a medical relapse.

See attached Exhibits 1-12

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[X] are still being committed by the defendant.

[ ] are no longer being committed by the defendant.

[ ] may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. Immediate cessation of this lockout. That the Plaintiff be immediately reinstated to active duty under his doctor-certified 50-pound boundry using standard shop tool assists. That the Company make the Plaintiff whole by issuing full back pay to April 8th, 2026, tool allowances, uninterrupted pension credits, and compensatory/punitive damages to be determined by a jury.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of September, 2026.

Signature of Plaintiff Kevin Smith