RECEIVED
SEP - 4 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
Eastern **DIVISION**

Kevin Smith,
Plaintiff,

v.

New Bern Transport Corporation/
PepsiCo Beverages North America
Defendant(s).

Case No. ____________________

**MOTION FOR APPOINTMENT OF COUNSEL**
**AND AFFIDAVIT IN SUPPORT**

I, Kevin Smith, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:
I contacted several privat employment law firms in St. Louis, including Sedey Harper, Onder Law, Matt Osman & Smay LLC. However, beause top-tier private firms declined my active intake representation prior to the official issuance of an administrative Right-to-Sue notice, I was and still am unable to secure private litigation counsel before my 90-day federal filing window. Expires

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4th, 2026.

Kevin Smith
Signature of Plaintiff

(3) cont'd

I require court-appointed counsel to navigate these complex federal tracks while recovering from severe work-related clinical depression, substance relapse, and painful multi-level spinal stenosis. See attached 12 part exhibit folder for full timeline.